SHOLIEM JOLLOWSKY, Appellant, v. GEORGE L. SHAW, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of HILDA ABELSPIES, Respondent, v. LOUIS V. GAZZA, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April Term, beginning Monday, March 26th (for which term the case is set down), and be ready for argument when reached, and on the further condition that within ten days after the entry of the order hereon appellant file an undertaking in the sum of $2,000, with corporate surety, conditioned for the payment of all sums accrued and which may accrue in the event of affirmance of the order and judgment of the Children's Court, Suffolk County, appealed from; otherwise, motion granted. The appellant should proceed to prepare the case on appeal by stipulation, or by the Trial Judge on his minutes. This is a civil proceeding. (*Commissioner of Public Welfare of City of N. Y. v. Fagan,* 259 App. Div. 727.) Cross motion to reverse judgment and for other relief denied. Present — Carswell, Acting P. J,. Johnston, Adel, Wenzel and MacCrate, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY GUERRIERI, Appellant.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. Motion for reargument or for resettlement of order denied. On the court's own motion the decision rendered herein on December 11, 1950 (277 App. Div. 1135), is amended to read as follows: Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of a violation of section 986 of the Penal Law (knowingly permitting premises to be used for book-making), reversed on the law, the fine remitted, and a new trial ordered. While the record does not contain competent evidence of the fact of book-making on the appellant's premises, it appears that the evidence was offered, but excluded by the trial court. The interests of justice require a new trial. Present — Carswell, Johnston, Sneed and Wenzel, JJ.; Nolan, P. J., not voting.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,. v. SOL KAPLAN, Appellant.— Motion to reverse a judgment of the County Court, Suffolk County, convicting defendant of a violation of section 372 of the Penal Law, and for a new trial, granted and the fine remitted. It is conceded that for reasons beyond the control of the court the minutes of the trial are not now and never will be available. There is no alternative other than to direct a new trial. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.